# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| HELLER LACHAPELLE, A | § | Case No. 1:16-bk-12587-MB |
| PROFESSIONAL CORPORATION | § | |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Nancy Hoffmeier Zamora, Esq.  (SBN 137326), chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 596,811.68 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 276,251.18 | |

3) Total gross receipts of $873,062.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $873,062.86 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $641,666.65 | $540,000.00 | $540,000.00 | $540,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 276,251.18 | 276,251.18 | 276,251.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,014,597.72 | 360,268.60 | 360,268.60 | 56,811.68 |
| **TOTAL DISBURSEMENTS** | $1,656,264.37 | $1,176,519.78 | $1,176,519.78 | $873,062.86 |

4)  This case was originally filed under chapter 7 on 09/02/2016.  The case was pending for 53 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/30/2020                    By:/s/Nancy Hoffmeier Zamora, Esq.  (SBN 137326)
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| OTHER CONTINGENT CLAIMS | 1121-000 | 160,000.00 |
| ACCOUNTS RECEIVABLE | 1129-000 | 3,500.00 |
| BANK ACCOUNTS | 1129-000 | 2,815.07 |
| BANK ACCOUNTS | 1129-000 | 34,316.30 |
| OFFICE EQUIPMENT | 1129-000 | 500.00 |
| OFFICE EQUIPMENT, FURNITURE | 1129-000 | 400.00 |
| OFFICE SUPPLIES | 1129-000 | 100.00 |
| OTHER CONTINGENT CLAIMS | 1129-000 | 660,403.63 |
| PREPAYMENTS | 1129-000 | 182.31 |
| SECURITY DEPOSITS | 1129-000 | 10,347.05 |
| Refund | 1229-000 | 498.50 |
| **TOTAL GROSS RECEIPTS** | | **$873,062.86** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3A | Pacific Western Bank | 4110-000 | 641,666.65 | 540,000.00 | 540,000.00 | 540,000.00 |
| TOTAL SECURED CLAIMS | | | $641,666.65 | $540,000.00 | $540,000.00 | $540,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nancy Hoffmeier Zamora | 2100-000 | NA | 46,903.14 | 46,903.14 | 46,903.14 |
| Nancy Hoffmeier Zamora | 2200-000 | NA | 1,838.08 | 1,838.08 | 1,838.08 |
| International Sureties, Ltd. | 2300-000 | NA | 76.84 | 76.84 | 76.84 |
| Digital Information Business Services | 2690-000 | NA | 337.50 | 337.50 | 337.50 |
| HELLER LACHAPELLE CLIENT TRUST ACCT. | 2690-000 | NA | 4,791.91 | 4,791.91 | 4,791.91 |
| Hewlett Packard Financial Services Company | 2690-000 | NA | 210.29 | 210.29 | 210.29 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Hewlett-Packard Financial Services Co. | 2690-000 | NA | 1,261.74 | 1,261.74 | 1,261.74 |
| Paper Cuts, Inc. | 2690-000 | NA | 7,665.00 | 7,665.00 | 7,665.00 |
| SANDRA J HELLER | 2690-000 | NA | 13,251.58 | 13,251.58 | 13,251.58 |
| Shayne Heller LaChapelle | 2690-000 | NA | 5,460.00 | 5,460.00 | 5,460.00 |
| So Cal Self Storage - Westlake | 2690-000 | NA | 223.00 | 223.00 | 223.00 |
| SoCal Self Storage - Westlake | 2690-000 | NA | 111.50 | 111.50 | 111.50 |
| STEPHEN H HELLER | 2690-000 | NA | 163,993.13 | 163,993.13 | 163,993.13 |
| Stratton & Sons | 2690-000 | NA | 5,013.83 | 5,013.83 | 5,013.83 |
| Franchise Tax Board | 2820-000 | NA | 3,742.94 | 3,742.94 | 3,742.94 |
| SLBIGGS, A division of SingerLewak | 3410-000 | NA | 21,000.00 | 21,000.00 | 21,000.00 |
| SLBIGGS, A division of SingerLewak | 3420-000 | NA | 370.70 | 370.70 | 370.70 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $276,251.18 | $276,251.18 | $276,251.18 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $NA | $NA | $NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABC Legal Services | | 0.00 | NA | NA | 0.00 |
| | AFCO | | 0.00 | NA | NA | 0.00 |
| | American Express | | 57,863.06 | NA | NA | 0.00 |
| | ARS Copy Service, LLC | | 0.00 | NA | NA | 0.00 |
| | Associated Reproduction Services | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T | | 0.00 | NA | NA | 0.00 |
| | AT&T Mobility | | 0.00 | NA | NA | 0.00 |
| | Bank of America | | 34,589.19 | NA | NA | 0.00 |
| | Chase Bank Mastercard | | 19,815.66 | NA | NA | 0.00 |
| | Chase Freedom Visa Card | | 3,790.13 | NA | NA | 0.00 |
| | Hewlett Packard Financial Serv | | 0.00 | NA | NA | 0.00 |
| | LegalMatch | | 0.00 | NA | NA | 0.00 |
| | Ngage | | 0.00 | NA | NA | 0.00 |
| | Personal Court Reporters | | 3,961.03 | NA | NA | 0.00 |
| | Pitney Bowes Global Financial Serv. | | 0.00 | NA | NA | 0.00 |
| | Purchase Power | | 0.00 | NA | NA | 0.00 |
| | Staples Credit Plan | | 0.00 | NA | NA | 0.00 |
| | Stratton & Sons Moving & Storage | | 0.00 | NA | NA | 0.00 |
| | Time Warner Cable | | 0.00 | NA | NA | 0.00 |
| | TransUnion Risk & Alternative | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Xerox Corporation | | 0.00 | NA | NA | 0.00 |
| 4 | Kenneth Heller | 7100-000 | 100,000.00 | 100,000.00 | 100,000.00 | 15,800.91 |
| 1 | Martindale, LLC | 7100-000 | 0.00 | 400.00 | 400.00 | 63.20 |
| 3B | Pacific Western Bank | 7100-000 | 641,666.65 | 101,666.55 | 101,666.55 | 16,064.24 |
| 5 | Samantha Scherr | 7100-000 | 12,500.00 | 12,500.00 | 12,500.00 | 1,975.12 |
| 6 | Sandra McBeth, Esq. | 7100-000 | 140,412.00 | 140,412.00 | 140,412.00 | 22,186.39 |
| | Thomson Reuters | 7100-000 | NA | 721.82 | 721.82 | 721.82 |
| 2 | Thomson Reuters | 7100-000 | 0.00 | 4,568.23 | 4,568.23 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $1,014,597.72 | $360,268.60 | $360,268.60 | $56,811.68 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 16-12587 | MB | Judge: | Martin R. Barash | Trustee Name: | Nancy Hoffmeier Zamora, Esq. (SBN 137326) |
|---|---|---|---|---|---|---|

Case Name:    HELLER LACHAPELLE, A PROFESSIONAL CORPORATION

Date Filed (f) or Converted (c):    09/02/2016 (f)

341(a) Meeting Date:    10/03/2016

For Period Ending:    12/30/2020

Claims Bar Date:    01/03/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  BANK ACCOUNTS | 2,245.05 | 2,815.07 | | 2,815.07 | FA |
| 2.  BANK ACCOUNTS | 30,832.55 | 34,316.30 | | 34,316.30 | FA |
| 3.  BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 4.  BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 5.  SECURITY DEPOSITS | 10,347.05 | 10,347.05 | | 10,347.05 | FA |
| 6.  PREPAYMENTS | 10,742.66 | 182.31 | | 182.31 | FA |
| 7.  ACCOUNTS RECEIVABLE | 2,800.00 | 3,500.00 | | 3,500.00 | FA |
| 8.  OFFICE EQUIPMENT, FURNITURE | 1,000.00 | 1,000.00 | | 400.00 | FA |
| 9.  OFFICE EQUIPMENT | 1,500.00 | 1,500.00 | | 500.00 | FA |
| 10. OFFICE SUPPLIES | 350.00 | 350.00 | | 100.00 | FA |
| 11. OTHER CONTINGENT CLAIMS | 1,000,000.00 | 322,870.00 | | 820,403.63 | FA |
| 12. Refund (u) | Unknown | 205.07 | | 498.50 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,059,817.31 | $377,085.80 | | $873,062.86 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**PROP. #1:**
Trustee requested that Debtor close Debtor's checking account with Pacific Western Bank (the "Bank") and turnover the balance to Trustee.  Debtor complied.  On October 21, 2016, Trustee received and deposited a cashier's check issued by the Bank in the amount of $2,815.07.

**PROP. #2:**
Trustee requested that Wells Fargo close Debtor's checking account and turnover the balance to Trustee.  Wells Fargo complied.  On September 27, 2016, Trustee received and deposited a check from Wells Fargo in the amount of $34,316.30.

**PROP. #5:**
On October 7, 2016, Trustee received and deposited a check from Debtor that included funds in the amount of $10,347.05 for refund of the security deposit from Debtor's former commercial landlord.

**PROP. #6:**
On October 7, 2016, Trustee received and deposited a check from Debtor that included funds in the amount of $182.31 for refund of overpayment of an insurance premium.

**PROP. #7:**
On October 7, 2016, Trustee received and deposited a check from Debtor that included funds in the amount of $3,500.00 for payment of account receivables for certain personal property sold prior to the petition date.

**PROPS. #8-#10:**
Trustee negotiated with Debtor's principal and the Bank regarding payment of $1,000.00 to be applied to the Bank's secured claim in exchange for Trustee's release of the Estate's interest in this office equipment, furniture, and supplies.  On September 1, 2017, Trustee filed the stipulation among Debtor's principal, the Bank, and Trustee regarding payment for the personal property and application of the funds to the Bank's secured claim.  On September 20, 2017, the Court entered that certain order approving this stipulation.  On September 27, 2017, Trustee received and deposited a check in the amount of $1,000.00 consistent with the stipulation and order thereon.

**PROP. #11:**
Trustee is administering the Estate's interest in contingency fees and reimbursable expenses.  On October 20, 2016, Trustee filed a motion to operate (the "Motion to Operate"), a cash disbursements motion (the "First Cash Disbursements Motion"), and a compromise motion for transfer of certain contingency fee cases to other counsel based on an agreed upon division of future contingency fees and reimbursable expenses previously advanced by Debtor and the Estate (the "Compromise Motion").  On October 2, 2016, Trustee filed a stipulation with the Bank regarding use of cash collateral secured by all of Debtor's assets, and a schedule for payment of the Bank's secured claim (the "First Stipulation").  On November 9, 2016, the Court entered an order approving the First Stipulation.  On November 16, 2016, the Court entered orders approving the Motion to Operate, the Compromise Motion, and the First Cash Disbursements Motion.  As of June 20, 2017,  Trustee had collected $321,303.58, and disbursed $215,000.00 to the Bank consistent with the First Stipulation and $74,811.06 for operating expenses consistent with the First Cash Disbursements Motion.  On June 20, 2017, Trustee filed a second cash disbursements motion (the "Second Cash Disbursements Motion").  On July 19, 2017, the Court entered an order approving the Second Cash Disbursements Motion.  On June 22, 2017, the Court entered an order approving the second stipulation between Trustee and the Bank to extend the First Stipulation regarding use of cash collateral (the "Second Stipulation").  As of February 12, 2019, Trustee has collected $594,076.46 and disbursed $440,000.00 to the Bank.  As of December 31, 2018, Trustee paid additional operating expenses of $77,623.15 consistent with the Second Cash Disbursements Motion.  On April 2, 2019, the Court entered an order approving the Third Cash Disbursements Motion.  On April 5, 2019, the Court entered an order approving the third stipulation between Trustee and the Bank regarding use of cash collateral (the "Third Stipulation").  Pursuant to these two orders entered April 2 and 5, 2019, Trustee paid additional operating expenses of $38,697.19 on April 6, 2019.  On April 20, 2019, Trustee disbursed an additional payment of $75,000.00 to the Bank bringing the aggregate amount paid on the Bank's claim to $515,000.00.  On October 18, 2019, the Court entered that certain order approving the fourth stipulation (the "Fourth Stipulation") between Trustee and the Bank and, on October 21, 2019, Trustee paid the Bank $25,000.00 on account of its secured claim (total paid on secured claim is $540,000.00).  The Fourth Stipulation provides that the balance of Claim No. 3 in the amount of $101,666.55 is allowed as a timely-filed, general unsecured claim to share pro rata with other timely-filed, general unsecured claims.  On May 11, 2020, Trustee filed a fourth cash disbursements motion (the "Fourth Cash Disbursements Motion") for approval to pay additional operating expenses of $11,188.08.  On June 2, 2020, the Court entered an order approving the Fourth Cash Disbursements Motion (the "Fourth Cash Disbursements Order").

**GENERAL COMMENTS:**
On November 16, 2016, the Court entered that certain order approving Trustee's employment of SLBiggs a Division of SingerLewak ("Biggs") as Estate accountant.  Biggs prepared and Trustee filed final Estate tax returns.  Trustee reviewed the claims register and claims in the Case.  Trustee did not object to any claims.  Trustee requested that Biggs reduce its fees from $26,686.00 to $21,000.00 to comply with the limit of $81,300.00 for administrative fees and expenses of Trustee and Biggs and certain operating expenses paid pursuant to the Fourth Cash Disbursements Order as provided by the Third Stipulation and the Third Stipulation Order.  On June 16, 2020, Trustee prepared the TFR.

Exhibit 8

RE PROP #     1   --   Pacific Western Bank Checking Account.
                       Exemption: N/A.

RE PROP #     2   --   Wells Fargo Bank Checking Account.
                       Exemption: N/A.

RE PROP #     3   --   Client Trust Account Checking Account with Pacific Western Bank.
                       Exemption: N/A.

RE PROP #     4   --   Client Trust Account Checking Account with Wells Fargo Bank.
                       Exemption: N/A.

RE PROP #     5   --   Security deposit with former landlord Kilroy Realty Corporation.
                       Exemption:  N/A.

RE PROP #     6   --   Prepayment of insurance premiums, HP lease and virtual office.
                       Exemption:  N/A.

RE PROP #     7   --   Exemption:  N/A.

RE PROP #     8   --   Office furniture:  2 lateral file cabinets, 1 bookshelf cabinet, 1 U-shaped desk, return,
                       credenza, bookcase, and 2 client side chairs, 1 office chair.
                       Exemption:  N/A.

RE PROP #     9   --   4 computers with monitors and software, 4 laptop computers, 4 printers, 7 scanners,
                       computer server, terminal server, email security server, firewall security appliance,
                       typewriter, smart switch for servers, and barracuda cloud storage.
                       Exemption:  N/A.

RE PROP #    10   --   Miscellaneous office supplies.
                       Exemption:  N/A.

RE PROP #    11   --   Contingent fees and reimbursable costs.
                       Lien:  $677,130.00 (principal $641,666.65).
                       Exemption:  N/A.

RE PROP #    12   --   Exemption:  N/A.

Initial Projected Date of Final Report (TFR): 08/31/2019        Current Projected Date of Final Report (TFR): 06/16/2020

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-12587
Case Name: HELLER LACHAPELLE, A PROFESSIONAL CORPORATION

Taxpayer ID No: XX-XXX8308
For Period Ending: 12/30/2020

Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326)
Bank Name: Union Bank
Account Number/CD#: XXXXXX2496
Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/19/16 | 11 | HELLER LACHAPELLE, APC | CONTINGENT CLAIM | 1129-000 | $166,465.40 | | $166,465.40 |
| 09/27/16 | 2 | WELLS FARGO BANK, N.A. | BALANCE OF DEBTOR'S BANK ACCT. | 1129-000 | $34,316.30 | | $200,781.70 |
| 10/07/16 | | HELLER LACHAPELLE, APC | SECURITY DEPOSIT REFUND<br>$10,347.05 refund of security deposit from landlord<br>$ 2,800.00 account receivable for sale of office personal property<br>$  700.00 account receivable for sale of phone system<br>$  182.31 refund overpayment of insurance premium | | $14,029.36 | | $214,811.06 |
| | | | Gross Receipts          $14,029.36 | | | | |
| | 5 | | SECURITY DEPOSITS     $10,347.05 | 1129-000 | | | |
| | 6 | | PREPAYMENTS             $182.31 | 1129-000 | | | |
| | 7 | | ACCOUNTS RECEIVABLE   $3,500.00 | 1129-000 | | | |
| 10/21/16 | 1 | PACIFIC WESTERN BANK | BALANCE OF DEBTOR'S BANK ACCT. | 1129-000 | $2,815.07 | | $217,626.13 |
| 11/15/16 | 1001 | Pacific Western Bank<br>Robert R. Crawford, VP<br>Special Assets Officer<br>Pacific Westrn Bank<br>1543 W. Elliot Road, Suite 104<br>Gilbert, AZ 85233 | Partial Payment of Secured Claim<br>Paid per order entered November 9, 2016 | 4110-000 | | $140,000.00 | $77,626.13 |
| 11/16/16 | 11 | HELLER LACHAPELLE, APC | CONTINGENT CLAIM | 1129-000 | $19,068.49 | | $96,694.62 |
| 11/16/16 | 1002 | Hewlett-Packard Financial Services Co.<br>200 Connell Drive, Suite 5000<br>Berkeley Heights, NJ 07922 | Equipment lease<br>Paid per order entered November 16, 2016<br>Invoice #302768134 8/24/26<br>Invoice #302786123 9/23/16 | 2690-000 | | $841.16 | $95,853.46 |

Page Subtotals:                                                                                            $236,694.62        $140,841.16

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 16-12587 | | | | Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326) | | Exhibit 9 |
| Case Name: HELLER LACHAPELLE, A PROFESSIONAL CORPORATION | | | | Bank Name: Union Bank | | |
| | | | | Account Number/CD#: XXXXXX2496 | | |
| | | | | Checking Account | | |
| Taxpayer ID No: XX-XXX8308 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 12/30/2020 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/16/16 | 1003 | Stratton & Sons<br>Stratton & Sons<br>11907 Wicks Street<br>Sun VAlley, CA 91352 | STORAGE COSTS storage cost for 11/16 ($97.05)<br>Paid per order entered November 16, 2016<br>September Invoice No. 0007703 | 2690-000 | | $237.64 | $95,615.82 |
| 11/16/16 | 1004 | STEPHEN H HELLER<br>1247 CLIPPERS CIRCLE<br>WESTLAKE VILLAGE, CA  91361 | Reimbursement of costs and expenses<br>Paid per order entered November 16, 2016<br>case costs and expenses 8/30/16-10/14/16 | 2690-000 | | $2,680.60 | $92,935.22 |
| 11/16/16 | 1005 | Stratton & Sons<br>Stratton & Sons<br>11907 Wicks Street<br>Sun VAlley, CA 91352 | Records Destruction<br>Paid per order entered November 16, 2016<br>Quote for pulling and shredding 505 record storage containers and perming out 510 record storage containers | 2690-000 | | $4,313.75 | $88,621.47 |
| 11/16/16 | 1006 | Stratton & Sons<br>Stratton & Sons<br>11907 Wicks Street<br>Sun VAlley, CA 91352 | STORAGE COSTS<br>Paid per order entered November 16, 2016<br>October invoice no. 0007718 | 2690-000 | | $229.97 | $88,391.50 |
| 11/16/16 | 1007 | STEPHEN H HELLER<br>1247 CLIPPERS CIRCLE<br>WESTLAKE VILLAGE, CA  91361 | Reimbursement of costs and expenses<br>Paid per order entered November 16, 2016<br>additional one-time charges on transferred cases as of 11/12/16 | 2690-000 | | $106.25 | $88,285.25 |
| 11/16/16 | 1008 | STEPHEN H HELLER<br>1247 CLIPPERS CIRCLE<br>WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management<br>Paid per order entered November 16, 2016<br>Time sheets from 9/5/16-10/18/16 | 2690-000 | | $22,760.00 | $65,525.25 |
| | | | Page Subtotals: | | $0.00 | $30,328.21 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 16-12587 | | Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326) |
| Case Name: HELLER LACHAPELLE, A PROFESSIONAL CORPORATION | | Bank Name: Union Bank |
| | | Account Number/CD#: XXXXXX2496 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX8308 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/30/2020 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/16/16 | 1009 | SANDRA J HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered November 16, 2016 Time sheets from 9/5/16-10/18/16 | 2690-000 | | $2,072.00 | $63,453.25 |
| 11/16/16 | 1010 | Shayne Heller LaChapelle 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered November 16, 2016 Time sheets from 9/5/16-10/18/16 | 2690-000 | | $4,760.00 | $58,693.25 |
| 11/28/16 | 1011 | Stratton & Sons Stratton & Sons 11907 Wicks Street Sun VAlley, CA 91352 | STORAGE COSTS Paid per order entered November 16, 2016 August invoice no. 0007686 | 2690-000 | | $232.47 | $58,460.78 |
| 11/29/16 | 1012 | Hewlett-Packard Financial Services Co. 200 Connell Drive, Suite 5000 Berkeley Heights, NJ 07922 | Equipment lease Paid per order entered November 16, 2016 Invoice #302808231 11/1/26 | 2690-000 | | $420.58 | $58,040.20 |
| 12/06/16 | 1013 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Moving and Storage Costs Paid per order entered November 16, 2016 moving of files $422.25 monthly storage $131.50 | 2690-000 | | $553.75 | $57,486.45 |
| 12/07/16 | 1014 | Hewlett-Packard Financial Services Co. 200 Connell Drive, Suite 5000 Berkeley Heights, NJ 07922 | Equipment lease Paid per order entered November 16, 2016 Invoice #302827299 12/1/16 | 2690-000 | | $420.58 | $57,065.87 |
| 12/09/16 | 1015 | SANDRA J HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered November 16, 2016 Time sheets from 10/12/16-11/30/16 | 2690-000 | | $1,641.50 | $55,424.37 |

| | | | Page Subtotals: | | $0.00 | $10,100.88 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-12587
Case Name: HELLER LACHAPELLE, A PROFESSIONAL CORPORATION

Taxpayer ID No: XX-XXX8308
For Period Ending: 12/30/2020

Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326)
Bank Name: Union Bank
Account Number/CD#: XXXXXX2496
Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/09/16 | 1016 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Moving and Storage Costs Paid per order entered November 16, 2016 November monthly rent (conference room use) $120.00 December monthly rent (mail/telephone) $249.00 | 2690-000 | | $369.00 | $55,055.37 |
| 12/09/16 | 1017 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered November 16, 2016 Time sheets from 10/19/16-11/30/16 | 2690-000 | | $12,360.00 | $42,695.37 |
| 12/09/16 | 1018 | Digital Information Business Services Burbank, CA 91506 | Repair and maintenance Paid per order entered November 16, 2016 Invoice #6567 dated 10/31/16. | 2690-000 | | $337.50 | $42,357.87 |
| 12/13/16 | 1019 | SoCal Self Storage - Westlake 2550 Willow Lane Westlake Village, CA 91361 | STORAGE COSTS Paid per order entered November 16, 2016 Invoice dated December 13, 2016 | 2690-000 | | $111.50 | $42,246.37 |
| 12/21/16 | 1012 | Hewlett-Packard Financial Services Co. 200 Connell Drive, Suite 5000 Berkeley Heights, NJ 07922 | Equipment lease Reversal Paid per order entered November 16, 2016 Invoice #302808231 11/1/26 | 2690-000 | | ($420.58) | $42,666.95 |
| 12/27/16 | 1020 | SANDRA J HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Equipment lease Paid per order entered November 16, 2016 Invoice #302808231 11/1/26 Reimbursement for payment to Hewlett-Packard Financial Services Co. | 2690-000 | | $420.58 | $42,246.37 |
| 01/10/17 | | HELLER LACHAPELLE, APC 5627 KANAN ROAD NO. 304 AGOURA HILLS, CA  91301 | Contingent claims | | $16,152.38 | | $58,398.75 |
| | | | Gross Receipts            $16,152.38 | | | | |
| | 11 | | OTHER CONTINGENT          $15,947.31 CLAIMS | 1129-000 | | | |

Page Subtotals:    $16,152.38    $13,178.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 16-12587 | Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326) | Exhibit 9 |
| Case Name: HELLER LACHAPELLE, A PROFESSIONAL CORPORATION | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX2496 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX8308 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/30/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 12 | | Refund                    $205.07 | 1229-000 | | | |
| 01/11/17 | 1021 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Reversal Clerical error in amount | 2690-000 | | ($22,600.00) | $80,998.75 |
| 01/11/17 | 1021 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered November 16, 2016 Time sheets from 12/01/16-12/31/16 | 2690-000 | | $22,600.00 | $58,398.75 |
| 01/11/17 | 1022 | Shayne Heller LaChapelle 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered November 16, 2016 Time sheets from 12/14/16-1/5/17 | 2690-000 | | $700.00 | $57,698.75 |
| 01/11/17 | 1023 | SANDRA J HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered November 16, 2016 Time sheets from 12/1/16-12/31/16 | 2690-000 | | $1,592.50 | $56,106.25 |
| 01/11/17 | 1024 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered November 16, 2016 Time sheets from 12/1/16-12/31/16 (partial payment on total balance of $22,600.00) | 2690-000 | | $10,000.00 | $46,106.25 |
| 01/11/17 | 1025 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Reimbursement of costs and expenses Paid per order entered November 16, 2016 reimbursement for monthly expenses for 12/1/16 to 1/6/17 | 2690-000 | | $2,845.11 | $43,261.14 |
| 01/13/17 | 1026 | So Cal Self Storage - Westlake 2550 Willow Lane Westlake Village, CA 91361 | STORAGE COSTS Paid per order entered November 16, 2016 Invoice dated January 13, 2017 | 2690-000 | | $223.00 | $43,038.14 |

Page Subtotals:                                              $0.00          $15,360.61

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 16-12587 | | Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326) | Exhibit 9 |
| Case Name: HELLER LACHAPELLE, A PROFESSIONAL CORPORATION | | Bank Name: Union Bank | |

Account Number/CD#: XXXXXX2496
Checking Account

Taxpayer ID No: XX-XXX8308
For Period Ending: 12/30/2020

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/13/17 | 1027 | Hewlett Packard Financial Services Company 200 Connell Drive, Suite 5000 Berkeley Heights, NJ 07922 | Equipment lease Paid per order entered November 16, 2016 Invoice #302847634 01/01/17 | 2690-000 | | $210.29 | $42,827.85 |
| 01/30/17 | 11 | HELLER LACHAPELLE, APC 5627 KANAN ROAD NO. 304 AGOURA HILLS, CA  91301 | Contingent claims | 1129-000 | $5,796.50 | | $48,624.35 |
| 03/01/17 | 1028 | HELLER LACHAPELLE CLIENT TRUST ACCT. fbo Prof. David Pecoraro 5627 KANAN ROAD NO. 304 AGOURA HILLS, CA  91301 | Expert Fees Paid per order entered November 16, 2016 partial payment of expert's invoice for Tanglao | 2690-000 | | $4,791.91 | $43,832.44 |
| 03/21/17 | 11 | Steinberg Injury Lawyers 12300 Wilshire Boulevard, Suite 210 Los Angeles, CA 90025 | Contingent claims | 1129-000 | $3,000.00 | | $46,832.44 |
| 03/21/17 | 11 | Steinberg Injury Lawyers 12300 Wilshire Boulevard, Suite 210 Los Angeles, CA 90025 | Contingent claims | 1129-000 | $23.00 | | $46,855.44 |
| 03/21/17 | 11 | Steinberg Injury Lawyers 12300 Wilshire Boulevard, Suite 210 Los Angeles, CA 90025 | Contingent claims | 1129-000 | $125.00 | | $46,980.44 |
| 03/21/17 | 11 | Steinberg Injury Lawyers 12300 Wilshire Boulevard, Suite 210 Los Angeles, CA 90025 | Contingent claims | 1129-000 | $8.00 | | $46,988.44 |
| 03/28/17 | 11 | HELLER LACHAPELLE, A PROFESSIONAL CORPORATION TRUST ACCOUNT | Contingent claims | 1129-000 | $5,786.25 | | $52,774.69 |
| 03/28/17 | 11 | HELLER LACHAPELLE, A PROFESSIONAL CORPORATION TRUST ACCOUNT | Contingent claims | 1129-000 | $1,333.33 | | $54,108.02 |
| 05/08/17 | 11 | Heller Law Firm IOLTA CTA 5850 Canoga Avenue, Suite 400 Woodland Hills, CA 91367-6554 | Contingent claims 20% fees Monahan v. Wallingford, et al. ($18,267.88) reimbursement of costs ($2,849.48) | 1129-000 | $21,117.36 | | $75,225.38 |

| Page Subtotals: | | | | | $37,189.44 | $5,002.20 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-12587 | | Trustee Name: | Nancy Hoffmeier Zamora, Esq.  (SBN 137326) | Exhibit 9 |
|---|---|---|---|---|---|
| Case Name: | HELLER LACHAPELLE, A PROFESSIONAL CORPORATION | | Bank Name: | Union Bank | |
| | | | Account Number/CD#: | XXXXXX2496 | |
| | | | | Checking Account | |
| Taxpayer ID No: | XX-XXX8308 | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 12/30/2020 | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/17 | | HELLER LACHAPELLE, A PROFESSIONAL CORPORATION | Contingent claims Referral fee for Clary ($8,616.95) Referral fee for Massey ($2,500.00) Refund from Hewlett Packard ($293.43) | | | $11,410.38 | | $86,635.76 |
| | | | Gross Receipts | $11,410.38 | | | | |
| | 11 | | OTHER CONTINGENT CLAIMS | $11,116.95 | 1129-000 | | | |
| | 12 | | Refund | $293.43 | 1229-000 | | | |
| 05/08/17 | 11 | HELLER LACHAPELLE, A PROFESSIONAL CORPORATION | Contingent claims 20% fees for Watterson ($2,333.33) reimbursement of costs ($26.00) | | 1129-000 | $2,359.33 | | $88,995.09 |
| 05/23/17 | 11 | Steinberg Injury Lawyers 12300 Wilshire Boulevard, Suite 210 Los Angeles, CA 90025 | Contingent claims | | 1129-000 | $3,333.33 | | $92,328.42 |
| 05/23/17 | 11 | Steinberg Injury Lawyers 12300 Wilshire Boulevard, Suite 210 Los Angeles, CA 90025 | Contingent claims | | 1129-000 | $23.00 | | $92,351.42 |
| 06/20/17 | 11 | Heller Law Firm IOLTA CTA | Contingent claims | | 1129-000 | $14,141.10 | | $106,492.52 |
| 06/20/17 | 1029 | Pacific Western Bank 7575 Irvine Center Drive, Suite 250 Irvine, CA 92618 Attn:  Valerie Shephard | Partial Payment of Secured Claim Paid per order entered November 9, 2016 | | 4110-000 | | $75,000.00 | $31,492.52 |
| 07/19/17 | 1030 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered July 19, 2017. Time sheets from 12/1/16-12/31/16 (payment of outstanding balance of $22,600.00 in charges) | | 2690-000 | | $12,600.00 | $18,892.52 |
| | | | Page Subtotals: | | | $31,267.14 | $87,600.00 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-12587 | Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326) |
| Case Name: HELLER LACHAPELLE, A PROFESSIONAL CORPORATION | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX2496 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8308 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/30/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/19/17 | 1031 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Reimbursement of costs and expenses Paid per order entered July 19, 2017 reimbursement for outstanding balance of monthly expenses for January/February 2017 | 2690-000 | | $558.54 | $18,333.98 |
| 07/19/17 | 1032 | SANDRA J HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered July 19, 2017 Time sheets from 1/1/17 to 1/31/17 | 2690-000 | | $560.00 | $17,773.98 |
| 07/19/17 | 1033 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered July 19, 2017 Time sheets from 1/1/17 to 1/31/17 | 2690-000 | | $13,600.00 | $4,173.98 |
| 09/27/17 | | Heller Law Firm, APC 5850 Canoga Ave., Suite 400 Woodland Hills, CA 91367 | SETTLEMENT PAYMENT | | $1,000.00 | | $5,173.98 |
| | | | Gross Receipts | $1,000.00 | | | |
| | 9 | | OFFICE EQUIPMENT | $500.00 | 1129-000 | | |
| | 8 | | OFFICE EQUIPMENT, FURNITURE | $400.00 | 1129-000 | | |
| | 10 | | OFFICE SUPPLIES | $100.00 | 1129-000 | | |
| 10/16/17 | 11 | Law Off. of David Reinard, PC Client Trust Acct. 1150 South Olive Street, Suite 1300 Los Angeles, CA 90015-3990 | Contingent claims | 1129-000 | $25,350.70 | | $30,524.68 |
| 10/19/17 | 11 | Steinberg Injury Lawyers 12300 Wilshire Boulevard, Suite 210 Los Angeles, CA 90025 | Contingent claims | 1129-000 | $4,000.00 | | $34,524.68 |

Page Subtotals:                      $30,350.70      $14,718.54

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-12587

Case Name: HELLER LACHAPELLE, A PROFESSIONAL CORPORATION

Taxpayer ID No: XX-XXX8308

For Period Ending: 12/30/2020

Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326)

Bank Name: Union Bank

Account Number/CD#: XXXXXX2496

Checking Account

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/17 | 11 | Steinberg Injury Lawyers 12300 Wilshire Boulevard, Suite 210 Los Angeles, CA 90025 | Contingent claims | 1129-000 | $1,556.45 | | $36,081.13 |
| 11/08/17 | 11 | HELLER LACHAPELLE, A PROFESSIONAL CORPORATION 24025 Park Sorrento Ste 240 Calabasas, CA 91302-4008 | Contingent claims 50% of net referral fees for Alvarez v. Children's Hospital Oakland | 1129-000 | $62,334.35 | | $98,415.48 |
| 12/13/17 | 11 | HELLER LACHAPELLE, A PROFESSIONAL CORPORATION 24025 Park Sorrento, Suite 240 Calabasas, CA 91302-4008 | Contingent claims Referral fees and reimbursement of costs for Rivera-Garcia | 1129-000 | $182,544.29 | | $280,959.77 |
| 12/13/17 | 1034 | Pacific Western Bank 7575 Irvine Center Drive, Suite 250 Irvine, CA 92618 Attn: Valerie Shephard | Partial Payment of Secured Claim Paid per order entered June 22, 2017 | 4110-000 | | $75,000.00 | $205,959.77 |
| 12/14/17 | 1035 | Pacific Western Bank 7575 Irvine Center Drive, Suite 250 Irvine, CA 92618 Attn: Valerie Shephard | Partial Payment of Secured Claim Paid per order entered June 22, 2017 | 4110-000 | | $75,000.00 | $130,959.77 |
| 12/14/17 | 1036 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered July 19, 2017 Time sheets from 2/1/17 to 11/30/17 | 2690-000 | | $18,080.00 | $112,879.77 |
| 12/14/17 | 1037 | SANDRA J HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered July 19, 2017 Time sheets from 2/1/17 to 11/30/17 | 2690-000 | | $2,863.00 | $110,016.77 |
| 12/14/17 | 1038 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Reimbursement of costs and expenses Paid per order entered July 19, 2017 reimbursement for outstanding balance of monthly expenses for updated/revised invoices from January 2017 through November 2017 | 2690-000 | | $18,934.68 | $91,082.09 |

Page Subtotals:                        $246,435.09      $189,877.68

UST Form 101-7-TDR (10/1/2010) (Page: 20)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No:  16-12587 | Trustee Name:  Nancy Hoffmeier Zamora, Esq.  (SBN 137326) | Exhibit 9 |
| Case Name:  HELLER LACHAPELLE, A PROFESSIONAL CORPORATION | Bank Name:  Union Bank | |
| | Account Number/CD#:  XXXXXX2496 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX8308 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/30/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/17 | 1039 | Paper Cuts, Inc.<br>640 Jessie Street<br>San Fernando, CA 91340 | Operating expense<br>Invoice 121817D dated 12/19/17<br>Paid per order entered July 19, 2017 | 2690-000 | | $7,665.00 | $83,417.09 |
| 12/21/17 | 1040 | STEPHEN H HELLER<br>1247 CLIPPERS CIRCLE<br>WESTLAKE VILLAGE, CA  91361 | Reimbursement of costs and expenses<br>Paid per order entered July 19, 2017<br>December 2017 invoice; reimbursement for monthly expenses | 2690-000 | | $1,335.66 | $82,081.43 |
| 12/28/17 | 11 | HELLER LACHAPELLE, A PROFESSIONAL CORPORATION | Contingent claims<br>Referral fees for Maria Avenido ($1,425.86) and Donald Clary ($8,184.64) | 1129-000 | $9,610.50 | | $91,691.93 |
| 01/11/18 | 1041 | STEPHEN H HELLER<br>1247 CLIPPERS CIRCLE<br>WESTLAKE VILLAGE, CA  91361 | Reimbursement of costs and expenses<br>Paid per order entered July 19, 2017<br>Invoice for expenses December 21-31, 2017 | 2690-000 | | $196.77 | $91,495.16 |
| 01/11/18 | 1042 | SANDRA J HELLER<br>1247 CLIPPERS CIRCLE<br>WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management<br>Paid per order entered July 19, 2017<br>Time sheets from 12/7/17 to 12/28/17 | 2690-000 | | $409.50 | $91,085.66 |
| 01/11/18 | 1043 | STEPHEN H HELLER<br>1247 CLIPPERS CIRCLE<br>WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management<br>Paid per order entered July 19, 2017<br>Time sheets from 12/7/17 to 12/29/17 | 2690-000 | | $820.00 | $90,265.66 |
| 02/09/18 | 11 | HELLER LACHAPELLE, A PROFESSIONAL CORPORATION | Contingent claims<br>Referral fees for case of Matthew Gomez | 1129-000 | $1,307.77 | | $91,573.43 |
| 03/26/18 | 11 | Peter M. Steinberg, A Law Corporation<br>12300 Wilshire Blvd., Suite 210<br>Los Angeles, CA 90025-1057 | Contingent claims<br>costs related to case of Edward Roche | 1129-000 | $836.00 | | $92,409.43 |
| | | | Page Subtotals: | | $11,754.27 | $10,426.93 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-12587

Case Name: HELLER LACHAPELLE, A PROFESSIONAL CORPORATION

Taxpayer ID No: XX-XXX8308

For Period Ending: 12/30/2020

Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326)

Bank Name: Union Bank

Account Number/CD#: XXXXXX2496

Checking Account

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/18 | 11 | Steinberg Injury Lawyers 12300 Wilshire Boulevard, Suite 210 Los Angeles, CA 90025 | Contingent claims fees related to case of Edward Roche | 1129-000 | $200.00 | | $92,609.43 |
| 04/19/18 | 11 | Heller Law Firm IOLTA CTA 5850 Canoga Avenue, Suite 400 Woodland Hills, CA 91367-6554 | Contingent claims Salcedo v. Pizza Hut ($20,000 fees; $449 expenses) | 1129-000 | $20,449.00 | | $113,058.43 |
| 04/20/18 | 1044 | Pacific Western Bank 7575 Irvine Center Drive, Suite 250 Irvine, CA 92618 Attn:  Valerie Shephard | Partial Payment of Secured Claim Paid per order entered June 22, 2017 | 4110-000 | | $75,000.00 | $38,058.43 |
| 06/04/18 | 11 | Law Offices of David Reinard,P.C., ClientTr.Acct. 1150 S. Olive St., Suite 1300 Los Angeles, CA 90015 | Contingent claims contingency fee and expenses for Niefield v. City of Los Angeles | 1129-000 | $15,593.27 | | $53,651.70 |
| 09/04/18 | 11 | Steinberg Injury Lawyers 12300 Wilshire Boulevard, Suite 210 Los Angeles, CA 90025 | Other contingent claims Expenses for case of Jacqueline Zamora | 1129-000 | $649.78 | | $54,301.48 |
| 03/22/19 | 11 | Heller Law Firm IOLTA CTA 5850 Canoga Avenue, Suite 400 Woodland Hills, CA 91367-6554 | Contingent claims Dayan v. Los Robles Medical Center fees $21,127.41 reimbursement of costs $5,603.00 | 1129-000 | $26,730.41 | | $81,031.89 |
| 04/06/19 | 1045 | SANDRA J HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per orders entered April 2 and 5, 2019 Outstanding balance from prior invoice plus time sheets from 7/27/18 to 1/31/19 | 2690-000 | | $2,789.50 | $78,242.39 |
| 04/06/19 | 1046 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered April 2 and 5, 2019 Outstanding balance from prior invoice plus time sheets from 8/1/18 to 1/31/19 | 2690-000 | | $16,040.00 | $62,202.39 |

Page Subtotals:         $63,622.46       $93,829.50

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-12587

Case Name: HELLER LACHAPELLE, A PROFESSIONAL CORPORATION

Trustee Name: Nancy Hoffmeier Zamora, Esq. (SBN 137326)

Bank Name: Union Bank

Account Number/CD#: XXXXXX2496

Checking Account

Taxpayer ID No: XX-XXX8308

For Period Ending: 12/30/2020

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/19 | 1047 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA 91361 | Reimbursement of costs and expenses Paid per orders entered April 2 and 6, 2019 reimbursement for outstanding balance of monthly expenses plus invoice for 8/7/18 through 2/2/19 | 2690-000 | | $19,867.69 | $42,334.70 |
| 04/11/19 | 11 | HELLER LACHAPELLE, A PROFESSIONAL CORPORATION 5627 KANAN ROAD NO. 304 AGOURA HILLS, CA 91301 | Contingent claims Fees and expenses for Trevino v. Cummins | 1121-000 | $160,000.00 | | $202,334.70 |
| 04/20/19 | 1048 | Pacific Western Bank 7575 Irvine Center Drive, Suite 250 Irvine, CA 92618 Attn: Valerie Shephard | Partial Payment of Secured Claim Paid per orders entered June 22, 2017 and April 5, 2019 | 4110-000 | | $75,000.00 | $127,334.70 |
| 10/21/19 | 1049 | Pacific Western Bank 7575 Irvine Center Drive, Suite 250 Irvine, CA 92618 Attn: Valerie Shephard | Partial Payment of Secured Claim Paid per order entered October 18, 2019 | 4110-000 | | $25,000.00 | $102,334.70 |
| 12/19/19 | | Transfer to Acct # xxxxxx0075 | Transfer of Funds | 9999-000 | | $102,334.70 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $833,466.10 | $833,466.10 |
| Less: Bank Transfers/CD's | $0.00 | $102,334.70 |
| Subtotal | $833,466.10 | $731,131.40 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $833,466.10 | $731,131.40 |

Page Subtotals:    $160,000.00    $222,202.39

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case No: 16-12587 | | | | Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326) | | |
| Case Name: HELLER LACHAPELLE, A PROFESSIONAL CORPORATION | | | | Bank Name: Axos Bank | | |
| | | | | Account Number/CD#: XXXXXX0075 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX8308 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 12/30/2020 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/19 | | Transfer from Acct # xxxxxx2496 | Transfer of Funds | 9999-000 | $102,334.70 | | $102,334.70 |
| 12/26/19 | 11 | HELLER LACHAPELLE, A PROFESSIONAL CORPORATION 5627 KANAN ROAD NO. 304 AGOURA HILLS, CA  91301 | Contingent claims contingency/referral fee for Amanda Murdock case | 1129-000 | $1,600.00 | | $103,934.70 |
| 01/17/20 | 2001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond Premium Bond #016030867 term 1/4/20 - 1/4/21 | 2300-000 | | $76.84 | $103,857.86 |
| 05/01/20 | 11 | HELLER LACHAPELLE, A PROFESSIONAL CORPORATION 5627 KANAN ROAD NO. 304 AGOURA HILLS, CA  91301 | Contingent claims contingency fee for Ung, et al. v. Headman, et al. | 1129-000 | $26,049.40 | | $129,907.26 |
| 05/06/20 | 11 | HELLER LACHAPELLE, A PROFESSIONAL CORPORATION 5627 KANAN ROAD NO. 304 AGOURA HILLS, CA  91301 | Contingent claims reimbursed expenses for Ung, et al. v. Headman, et al. | 1129-000 | $7,297.36 | | $137,204.62 |
| 05/15/20 | 11 | HELLER LACHAPELLE, A PROFESSIONAL CORPORATION 5627 KANAN ROAD NO. 304 AGOURA HILLS, CA  91301 | Other contingent claims | 1129-000 | $4,650.00 | | $141,854.62 |
| 06/03/20 | 2002 | SANDRA J HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered June 2, 2020 | 2690-000 | | $903.00 | $140,951.62 |
| 06/03/20 | 2003 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Hourly charges for case management Paid per order entered June 2, 2020 | 2690-000 | | $4,160.00 | $136,791.62 |
| 06/03/20 | 2004 | STEPHEN H HELLER 1247 CLIPPERS CIRCLE WESTLAKE VILLAGE, CA  91361 | Reimbursement of costs and expenses Paid per order entered June 2, 2020 | 2690-000 | | $6,125.08 | $130,666.54 |
| 09/17/20 | 2005 | Nancy Hoffmeier Zamora U.S. Bank Tower, 633 W. 5th Street, Suite 2600 Los Angeles, CA  90071 | Distribution Paid per order entered September 17, 2020. | 2100-000 | | $25,000.00 | $105,666.54 |

|  |  |  |  | Page Subtotals: | $141,931.46 | $36,264.92 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-12587

Case Name: HELLER LACHAPELLE, A PROFESSIONAL CORPORATION

Taxpayer ID No: XX-XXX8308

For Period Ending: 12/30/2020

Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326)

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0075

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/20 | 2006 | Nancy Hoffmeier Zamora U.S. Bank Tower, 633 W. 5th Street, Suite 2600 Los Angeles, CA  90071 | Distribution Paid per order entered September 17, 2020. | 2100-000 | | $21,903.14 | $83,763.40 |
| 09/17/20 | 2007 | Nancy Hoffmeier Zamora U.S. Bank Tower, 633 W. 5th Street, Suite 2600 Los Angeles, CA  90071 | Final distribution creditor account # representing a payment of 100.00 % per court order. Paid per order entered September 17, 2020. | 2200-000 | | $1,838.08 | $81,925.32 |
| 09/17/20 | 2008 | Franchise Tax Board Bankruptcy Section MS A340 P.O. Box 2952 Sacramento CA 95812-2952 | Final distribution to claim 7 creditor account # representing a payment of 100.00 % per court order. Paid per order entered September 17, 2020. | 2820-000 | | $3,742.94 | $78,182.38 |
| 09/17/20 | 2009 | SLBIGGS, A division of SingerLewak 10960 Wilshire Blvd., 7th Floor Los Angeles, CA  90024 Attn:  Samuel R. Biggs | Final distribution creditor account # representing a payment of 100.00 % per court order. Paid per order entered September 17, 2020. | 3410-000 | | $21,000.00 | $57,182.38 |
| 09/17/20 | 2010 | SLBIGGS, A division of SingerLewak 10960 Wilshire Blvd., 7th Floor Los Angeles, CA  90024 Attn:  Samuel R. Biggs | Final distribution creditor account # representing a payment of 100.00 % per court order. Paid per order entered September 17, 2020. | 3420-000 | | $370.70 | $56,811.68 |
| 09/17/20 | 2011 | Martindale, LLC 121 Chanlon Road Suite 110 New Providence, NJ 07974 | Final distribution to claim 1 creditor account # representing a payment of 15.80 % per court order. Paid per order entered September 17, 2020. | 7100-000 | | $63.20 | $56,748.48 |
| 09/17/20 | 2012 | Thompson Reuters West Publishing Group 610 Opperman Dr. Eagan, MN 55123 | Final distribution to claim 2 creditor account # representing a payment of 15.80 % per court order. Paid per order entered September 17, 2020. | 7100-000 | | $721.82 | $56,026.66 |

Page Subtotals:                                           $0.00          $49,639.88

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-12587                                    Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326)          Exhibit 9

Case Name: HELLER LACHAPELLE, A PROFESSIONAL CORPORATION          Bank Name: Axos Bank

                                                     Account Number/CD#: XXXXXX0075

Taxpayer ID No: XX-XXX8308                                              Checking

For Period Ending: 12/30/2020                        Blanket Bond (per case limit): $5,000,000.00

                                                     Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/20 | 2013 | Pacific Western Bank 7575 Irvine Center Drive, Suite 250 Irvine, CA 92618 Attn: Valerie Shephard | Final distribution to claim 3 creditor account # representing a payment of 15.80 % per court order. Paid per order entered September 17, 2020. | 7100-000 | | $16,064.24 | $39,962.42 |
| 09/17/20 | 2014 | Kenneth Heller P.O. Box 99 Malibu, CA 90265 | Final distribution to claim 4 creditor account # representing a payment of 15.80 % per court order. Paid per order entered September 17, 2020. | 7100-000 | | $15,800.91 | $24,161.51 |
| 09/17/20 | 2015 | Samantha Scherr 12252 Gorham Avenue Los Angeles, CA 90049 | Final distribution to claim 5 creditor account # representing a payment of 15.80 % per court order. Paid per order entered September 17, 2020. | 7100-000 | | $1,975.12 | $22,186.39 |
| 09/17/20 | 2016 | Sandra McBeth, Esq. Chapter 7 Trustee 2236 South Broadway, Suite J Santa Maria, CA  93454 | Final distribution to claim 6 creditor account # representing a payment of 15.80 % per court order. Paid per order entered September 17, 2020. | 7100-000 | | $22,186.39 | $0.00 |
| 12/10/20 | 2012 | Thompson Reuters West Publishing Group 610 Opperman Dr. Eagan, MN 55123 | Final distribution to claim 2 creditor account # representing a payment of 15.80 % per court order. Reversal Paid per order entered September 17, 2020. | 7100-000 | | ($721.82) | $721.82 |
| 12/10/20 | 2017 | Thomson Reuters Thomson Reuters West Payment Center P.O. Box 6292 Carol Stream, IL 60197-6292 | Final distribution to claim 2 creditor account # representing a payment of 15.80 % per court order. Paid per order entered September 17, 2020. | 7100-000 | | $721.82 | $0.00 |

|  |  | COLUMN TOTALS | $141,931.46 | $141,931.46 |
|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | $102,334.70 | $0.00 |
|  |  | Page Subtotals: | $0.00 | $56,026.66 |

| | | |
|---|---:|---:|
| Subtotal | $39,596.76 | $141,931.46 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $39,596.76 | $141,931.46 |

Exhibit 9

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0075 - Checking | $39,596.76 | $141,931.46 | $0.00 |
| XXXXXX2496 - Checking Account | $833,466.10 | $731,131.40 | $0.00 |
| | $873,062.86 | $873,062.86 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $873,062.86 |
| Total Gross Receipts: | $873,062.86 |

Page Subtotals:                    $0.00          $0.00